Charlotte Schapper, Respondent, v. Lewis Inglee, Appellant.—Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Solomon Bernstein, Appellant.—Judgment affirmed. No opinion.

William J. Kent, Respondent, v. Benjamin F. Kiernan, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Harry K. Gayetty, Appellant, v. Ralph H. Thompson, Individually and as Executor and Trustee under the Last Will and Testament of George W. Thompson, Deceased, and Another, Respondents.—Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. Martin J. Malone, Relator, v. Thomas J. Higgins, as Commissioner of Parks for the Borough of the Bronx, City of New York, Respondent.—Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Francis Drummond, Respondent, v. The City of New York and Others, Appellants.—Judgment and order affirmed, with costs. No opinion. (Ingraham, P. J., dissented as to the city.)

Mary L. Harris Morton, Appellant, v. Interborough Rapid Transit Company, Respondent.—Judgment and order affirmed, with costs. No opinion.

John Berger, Respondent, v. Isaac A. Hopper, as Executor, etc., of Margaret D. Hopper, Deceased, Appellant.—Judgment and order affirmed, with costs. No opinion.

Charles F. Muller and William W. Heberton, as Surviving Executors of and Trustees under the Last Will and Testament of Thomas W. Evans, Deceased, Respondents, v. The City of Philadelphia and Others, Impleaded with Louis Silverman and Others, Appellants.—Motion denied.

In the Matter of Michael O'Sullivan.—Application denied. Order to be settled on notice.

Girolamo Licari, Appellant, v. Thomas Silver and Another, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Ferdinand R. Minrath, Appellant, v. Max Adler, Respondent. (2 cases.)—In each case order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Supplementary Proceedings in the Action of Benjamin Steinman and Harry H. Meyers, Respondents, v. Eva K. Conlon, Appellant, for the Examination of the Judgment Debtor. — Order affirmed, with ten dollars costs and disbursements. No opinion.

John J. McDonald, Appellant, v. Thomas C. McDonald, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

35% Automobile Supply Company, Respondent, v. William Rubly, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Alsens American Portland Cement Works, Respondent, v. New Jersey Dock and Bridge Building Company, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Prudential Vaudeville Exchange, Respondent, v. William S. Cleveland, Appellant. (2 cases.) — In each case order affirmed, with ten dollars costs and disbursements. No opinion.